MARY LINCOLN CANDIES, INC., et al., Respondents, *v.* DEPARTMENT OF LABOR OF THE STATE OF NEW YORK, et al., Appellants.

Submitted April 5, 1943; decided April 22, 1943.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 262.)